## ACCOUNTING OF INITIAL PLAN DISTRIBUTIONS

**Administrative Claims**

| | |
|---|---|
| Law Office of Timothy Mauser<br>11 Beacon Street, suite 605<br>Boston, MA 02108 | $10,000.00 |
| Regnante, Sterio & Osborne<br>401 Edgewater Place, suite 630<br>Wakefield, MA 01880 | $5,521.50 |

**Secured Claims**

| | |
|---|---|
| Fannie Mae<br>c/o Arbor Commercial Mortgage<br>P.O. Box 416752<br>Boston, MA 02108 | $26,748.46 |
| Boston Water and Sewer Commission<br>980 Harrison Avenue<br>Boston, MA 02119 | $348.04 |

**Unsecured Claims**

| | |
|---|---|
| Denoncourt Waldron & Sullivan,<br>67 Water Street, suite 201<br>Laconia, NH 03246 | $917.50 |
| Regnante Sterio & Osborne<br>401 Edgewater Place, suite 630<br>Wakefield, MA 01880 | $247.44 |
| NSTAR<br>One NSTAR Way<br>Westwood, MA 02090 | $274.13 |
| Seltser & Goldstein<br>900 Cummings Center, Suite 302-T<br>Beverly, MA 01915 | $228.25 |