# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## EASTERN DIVISION

IN RE:
T & A PROPERTIES, LLC                          Chapter 11
Debtor                                         Case No.:11-20546-JNF

## ORDER GRANTING FINAL DECREE AND CLOSING CASE

THIS MATTER CAME BEFORE THE COURT on the *Debtor's Motion for Order Granting Final Decree* (the "Motion") pursuant to 11 U.S.C. § 350, Fed R. Bankr. P. 3022 and MLBR 3022-1. After such notice and hearing as the Court determines to constitute good, adequate and sufficient notice to all parties in interest under the facts and circumstances of this case, the Court having found good, adequate and sufficient cause to grant the same in that the Debtor's Plan has been substantially consummated and their estate fully administered, the Court hereby ORDERS, ADJUDGES, and DECREES as follows:

A. The Motion shall be and hereby is deemed Granted in all respects.

B. Within 21 days after the entry of this Order, the Debtors shall pay all fees due and payable under 28 U.S.C. §1930, and this Order shall not be effective until all such fees have in fact been paid. **Upon receipt of all such payments, the U.S. Trustee shall notify the clerk's office that the case is ready to be closed and the Chapter 11 case of the above-captioned Debtor shall be immediately closed.**

C. The entry of this Final Decree does not reduce or alter this Court's jurisdiction under 28 U.S.C. §1334, the Debtor's Amended Plan of Reorganization or the Court's September 20, 2012 Order confirming the Amended Plan of Reorganization.

D. The Court hereby retains jurisdiction over all matters set forth in Article II, paragraph I of the Plan.

So ordered this ___ day of _____, 2013

_____
Hon. Joan N. Feeney
U. S. Bankruptcy Judge