# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## EASTERN DIVISION

IN RE:
    T & A PROPERTIES, LLC                  Chapter 11
    Debtor                                      Case No.:11-20546-JNF

I, Marques Lipton, hereby certify that I have this day served upon the following parties a true and correct copy of the within Motion for Final Decree via either ECF or United States Mail, postage prepaid;

**Via ECF**
John Fitzgerald, Esq., United States Trustee
Paula Bachtell, Esq., United States Trustee
Dennis Jenkins, Esq., counsel for Federal National Mortgage Association
Seth Hochbaum, Esq, special counsel for the Debtor

**Via United States Mail**
Boston Water and Sewer Commission
980 Harrison Avenue
Boston, MA 02119

Denoncourt Waldron & Sullivan,
67 Water Street, suite 201
Laconia, NH 03246

Regnante Sterio & Osborne
401 Edgewater Place, suite 630
Wakefield, MA 01880

NSTAR
One NSTAR Way
Westwood, MA 02090

Seltser & Goldstein
900 Cummings Center, Suite 302-T
Beverly, MA 01915

Dated: March 21, 2013                      */s/ Marques C. Lipton*
                                                     Marques C. Lipton, Esq.