# Exhibit 1

# Regnante, Sterio & Osborne LLP

Attorneys at Law
Edgewater Office Park
401 Edgewater Place, Suite 630
Wakefield, Massachusetts 01880-6210
Telephone (781) 246-2525
Telecopier (781) 246-0202
e-mail: shochbaum@regnante.com
www.regnante.com

**Seth H. Hochbaum**

In Reply Refer to File No.

December 15, 2010

Aaron M. Daigneault, Manager
T&A Properties LLC
29 Lincoln Street
Winthrop, MA 02152

Re:  Engagement to Provide Legal Services

Dear Aaron:

    Thank you for retaining Regnante, Sterio & Osborne LLP (the "Firm") to provide legal services to you. You have retained the Firm to represent you regarding fire losses that occurred at 514 Sumner Street, East Boston, MA, on March 30, 2009 and 144-146 Webster Street, East Boston, MA, on January 20, 2010. Upon acceptance of this Fee Agreement, you agree to be responsible for payment of the Firm's attorneys' fees and expenses in connection with our representation of you in this matter.

    The Firm does not undertake to represent you for a pre-determined or fixed fee in connection with this matter. The Firm will bill you at our prevailing hourly rates for all time devoted by each attorney involved in furnishing services with respect to this matter. The time billed will include, without limitation, time expended for consultations, telephone calls, conferences, travel to and from meetings, court appearances, research, drafting and negotiations.

    Our services will be billed at hourly rates which may change during the course of our representation of you. As of this date, my hourly rate is $250.00.

    In addition, the Firm will bill you for all disbursements and out-of-pocket expenses incurred by us in connection with our representation of you. Those disbursements may include, without limitation, filing fees, certificates, long distance telephone charges, messenger and courier fees, copy and fax charges, transcripts, and travel expenses. In certain instances, you may be asked to fund a disbursement prior to our paying for it.

    In order to proceed with representation, the Firm requires a signed original of this Fee Agreement from you and a retainer in the sum of $2,500.00. Invoices will be issued to you on a monthly basis. Payment of each bill is due within thirty (30) days of your receipt of same. If a bill is not paid within thirty (30) days of your receipt, we reserve the right to cease our representation of you.

December 15, 2010
Page 2


Please confirm your agreement to the terms of this engagement letter by signing below and returning this original letter to me along with the $2,000.00 retainer. Please retain the copy of this letter for your records. $2,500.00 (SHH)

We look forward to working with you.

Very truly yours,

REGNANTE, STERIO & OSBORNE LLP

By: _____
SETH H. HOCHBAUM

SHH/cjc
Enclosure

Acknowledged and Agreed:

_____, MGR.
AARON M. DAIGNEAULT, Manager
T&A Properties LLC


Date: December 15, 2010