# Regnante, Sterio & Osborne LLP

Theodore C. Regnante
James F. Sterio
David J. Gallagher*
Michael P. Murphy*
Robert P. Yeaton
Seth H. Hochbaum
Paul G. Crochiere

Attorneys at Law
Edgewater Office Park
401 Edgewater Place, Suite 630
Wakefield, Massachusetts 01880-6210
Telephone (781) 246-2525
Telecopier (781) 246-0202

Laura A. Tilaro
Cerise Jalelian
Paul J. Haverty
Laura R. McKelligott
Marilyn Duffy-Cabana

*Also admitted in New Hampshire

July 15, 2013

T & A Properties LLC
c/o Aaron M. Daigneault
40 Everett Street
East Boston, MA 02128

Bill No.      72416
Client No.    22628
Matter No.    40464

For Professional Services

Re: Fire Losses: 514 Sumner Street, East Boston, Massachusetts - March 30, 2009
144-146 Webster Street, East Boston, Massachusetts - January 20, 2010

| Date | ID | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/14/13 | SHH | Draft e-mail to Attorney Monahan concerning status of code upgrade claim. | .10 | 295.00 | 29.50 |
| 01/17/13 | SHH | Telephone conference with Attorney Monahan concerning statute of limitations. Draft e-mail to client concerning same. | .20 | 295.00 | 59.00 |
| 01/18/13 | SHH | Draft e-mails to client concerning issuance of supplemental check for code upgrade claim. | .10 | 295.00 | 29.50 |
| 01/29/13 | SHH | Draft e-mails to Attorney Monahan and client concerning payment on code upgrade claim and review of supplemental documents in support of same. | .20 | 295.00 | 59.00 |
| 02/06/13 | SHH | Draft e-mail to client concerning status of open code claim. Telephone conference with Attorney Monahan concerning same. Draft Motion for New Objection Deadline. | .70 | 295.00 | 206.50 |
| 02/07/13 | LRM | Prepare for filing and file Motion for New Opposition Deadline in Connection with Third Application | .40 | 225.00 | 90.00 |

T & A Properties LLC
July 15, 2013
Page 2

| Date | ID | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | for Compensation. | | | |
| 02/08/13 | SHH | Draft correspondence to client and service list concerning deadline to oppose Third Application for Fees. Draft e-mail to client concerning submission of holdback claim and production of additional documents in support of code upgrade claim. | .50 | 295.00 | 147.50 |
| 02/13/13 | SHH | Draft e-mails and correspondence to client concerning receipt of check for code upgrade claim. Draft e-mail to Attorney Monahan concerning same. | .20 | 295.00 | 59.00 |
| 02/25/13 | SHH | Draft e-mail to client concerning production of documents in support of code upgrade and holdback claims. | .10 | 295.00 | 29.50 |
| 02/27/13 | SHH | Draft e-mail and correspondence to Attorney Monahan concerning client's code upgrade and holdback claims. | .20 | 295.00 | 59.00 |
| 02/28/13 | SHH | Draft e-mail to Attorney Monahan concerning status of client's code upgrade and holdback claims. | .10 | 295.00 | 29.50 |
| 03/08/13 | SHH | Draft e-mail to client concerning status of code upgrade and holdback claims. | .10 | 295.00 | 29.50 |
| 04/02/13 | SHH | Telephone conference with client concerning status of code upgrade and holdback claims. Draft e-mail to Attorney Monahan concerning same. | .30 | 295.00 | 88.50 |
| 04/24/13 | SHH | Draft e-mail to client concerning production of documents in support of holdback claim. | .20 | 295.00 | 59.00 |
| 04/26/13 | SHH | Telephone conferences with Attorney Monahan and client concerning holdback claim. Draft e-mail to client concerning same. | .50 | 295.00 | 147.50 |
| 04/29/13 | LRM | Communication with client regarding production of documents regarding depreciation holdback on Webster Street property. | .20 | 225.00 | 45.00 |
| 04/30/13 | LRM | Communication with client | 1.30 | 225.00 | 292.50 |

T & A Properties LLC
July 15, 2013
Page 3

| Date | ID | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | regarding production of additional documents supporting depreciation holdback claim on Webster Street property; preparation of documents to be produced; draft correspondence to Monahan regarding same. | | | |
| 05/09/13 | SHH | Draft e-mails to Attorney Monahan and client concerning outstanding code upgrade and depreciation holdback claims. | .20 | 295.00 | 59.00 |
| 05/13/13 | SHH | Telephone conference with Attorney Monahan concerning status of settlement of open claims. | .10 | 295.00 | 29.50 |
| 05/16/13 | SHH | Telephone conference with Attorney Monahan concerning status of client's code and holdback claims. | .10 | 295.00 | 29.50 |
| 05/22/13 | SHH | Draft e-mail to Attorney Monahan concerning client's code upgrade and holdback claims. | .10 | 295.00 | 29.50 |
| 05/30/13 | SHH | Telephone conference with Attorney Monahan concerning status of settlement offer on open code upgrade and holdback claims. | .10 | 295.00 | 29.50 |
| 06/11/13 | SHH | Draft e-mail to Attorney Monahan concerning status of client's open claims. | .10 | 295.00 | 29.50 |
| | | **Total Fees** | **6.10** | | **$1,666.50** |

**Disbursements**
Federal Express                                    13.53

Total Disbursements                                                        $ 13.53

**Total Fees and Disbursements**                                           $1,680.03

**Current Amount Due**                                                     $1,680.03

To ensure proper crediting to your account, please include bill number on your check.
SHH
20103